POTTER HANDY LLP
Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
Isabel Rose Masanque (SBN 292676)
Naomi Butler (SBN 332664)
classactions@potterhandy.com
100 Pine St., Ste 1250
San Francisco, CA 94111
(415) 534-1911
Fax: (888) 422-5191
Attorneys for Plaintiff

RYAN BALL (SBN 321772)
rball@goodwinlaw.com
MATTHEW T. BILLECI (SBN 329014)
mbilleci@goodwinlaw.com
GOODWIN PROCTER LLP
660 Newport Center Dr., Suite 450
Newport Beach, CA 92660
Tel.: +1 949 743 3400
Fax: +1 213 623 1673
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA DAVIS, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NERDWALLET, INC, a Delaware Corporation; and DOES 1-100, inclusive <br><br> Defendants | Case No.: 3:26-cv-02384-TLT <br><br> **JOINT PROPOSED SCHEDULE** |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's June 25, 2026 Order, the parties have met and conferred and jointly submit the following proposed schedule. The parties respectfully request that the Court adopt the

JOINT PROPOSED SCHEDULE    -1-                                3:26-cv-02384-TLT

following case management deadlines:

1. The Initial Disclosure deadline be scheduled on July 14, 2026.

2. The Deadline to Amend Pleadings, be scheduled on February 26, 2027.

3. The Fact Discovery Cutoff, be scheduled on September 17, 2027.

4. The Expert Disclosures, be scheduled on October 15, 2027.

5. The Rebuttal Expert Disclosures, be scheduled on November 19, 2027.

6. The Expert Discovery Cutoff, be scheduled on December 17, 2027.

7. The Dispositive Motion and Class Certification Hearing, shall be scheduled on April 5, 2028 or to the next date available on the Court's calendar convenient to the Court.

8. The Final Pretrial Conference, be scheduled on June 28, 2028 or to the next date available on the Court's calendar convenient to the Court.

9. The Trial, be scheduled on July 12, 2028 or to the next date available on the Court's calendar convenient to the Court.

The parties proposed schedule accounts for NerdWallet's Motion to Stay, which is scheduled to be heard on October 13, 2026.

IT IS SO STIPULATED.

Date: June 29, 2026                    POTTER HANDY LLP

                                       By: /s/ Naomi Butler
                                       Naomi Butler, Esq.
                                       Attorneys for Plaintiff

Date:  June 29, 2026                   GOODWIN PROCTER LLP

                                       By: /s/ Matthew Billeci
                                       Ryan Ball, Esq.
                                       Matthew T. Billeci, Esq.
                                       Attorney for Defendant